# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PATRICIA A. VAIL,

    Plaintiff,

v.                                        CASE NO: 21-CV-11783

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

                                            ENTERED BY ORDER OF THE COURT

Dated: July 19, 2022                  s/Lisa G Wagner
                                          LISA G. WAGNER, CASE MANAGER AND DEPUTY CLERK TO THE HONORABLE ROBERT H. CLELEND